# United States District Court Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**

SARA CAMARA

VS.

**Defendant(s) Name**

HARVARD COLLECTION SERVICES, INC., and NELSON MACWAN

**Plaintiffs attorney, address and telephone:**

Adam G. Taub (P48703)
Julie Ann Petrik (P47131)
24500 Northwestern Hwy., Ste. 206
Southfield, MI 48025
(248) 746-3790

**Name and address of defendant being served:**

NELSON MACWAN c/o
Harvard Collection Services, Inc.
The Prentice-Hall Corporation System, Inc.
601 Abbott Road
East Lansing, MI 48823

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
　　　　Deputy Clerk

_____
　　　　Date of issuance

INT-0131-MIE-REV. 12/93 06/99

PAGE 1 OF 2

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Nelson Maawan_

Date of service: _10/19/05_

**Method of Service**

☐ Personally served at this address: _____

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☒ Other (please specify): _Certified mail upon Joseph Shaw Messer_

Service fees:   Travel $ _____   Service $ _____   Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_10/24/05_
Date

Signature of server

_Tina M. Anderson_
Server's printed name

LYNGKLIP & TAUB
CONSUMER LAW GROUP, PLC
24500 Northwestern Highway, Suite 206
Southfield, MI 48075

PAGE 2 OF 2

2. Article Number

7160 3901 9848 9621 4080

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:
Nelson Macwan of Harvard Collection Services, Inc.
c/o Joseph Shaw Messer
166 W. Washington, Ste. 300
Chicago, IL 60602

camara.summons.agt/tma                                  clgplc

PS Form 3811, July 2001         Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): J. Holmes
B. Date of Delivery: 10/19/05
C. Signature: X  *(signature)*
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

Thank you for using Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

LYNGKLIP & TAUB
CONSUMER LAW GROUP PLC
24500 NORTHWESTERN HWY STE 206
SOUTHFIELD MI 48075-2406

RECEIVED
OCT 21 2005